FILED

OCT 1 7 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA    )
    )
    )
vs.    )   Case No. 4:24mj64
    )
    )
ABEL GARNEL MASON    )

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 30, 2024, within the special maritime and territorial

jurisdiction of the United States, ABEL GARNEL MASON did take and carry

away, with intent to steal or purloin, personal property of another; the value of said

property taken not exceeding $1,000 nor being taken from the person of another.

(In violation of Title 18, United States Code, Section 661.)

Jessica D. Aber
UNITED STATES ATTORNEY
By: _____
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on October 17, 2024, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

By: _____

Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov